IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DENARIEYA SMITH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv778-MHT |
| | ) | (WO) |
| WALT M. MERRELL, III, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

    Pursuant to 42 U.S.C. § 1983, plaintiff Denarieya Smith, a state inmate, filed this lawsuit challenging his arrest, the search and seizure of his mother's vehicle, and his subsequent indictment and confinement on Fourth, Fifth, Fourteenth, and Eighth Amendment grounds.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2015.

                                            /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**